USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LERAMONT LLC,

Plaintiff,

-against-

GARY TATINTSIAN GALLERY, INC. et al.,

Defendants.

1:20-cv-2435 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 22, 2020, the Court held an Initial Pretrial Conference in this case. As the Court explained at the conference, IT IS HEREBY ORDERED that, by October 29, 2020, Plaintiff shall amend its pleading to properly allege diversity jurisdiction. IT IS FURTHER ORDERED that, by November 5, 2020, Defendants shall answer or file a pre-motion letter. IT IS FURTHER ORDERED that, by November 5, 2020, the parties shall exchange initial disclosures, including any documentation regarding (1) proof of payment and (2) the existence of the personal guaranty. IT IS FURTHER ORDERED that, by December 4, 2020, the parties shall submit a joint letter on the status of their settlement negotiations. IT IS FURTHER ORDERED that, if the parties have not reached a settlement in principle, they shall submit a revised proposed Case Management Plan by December 4, 2020.

**SO ORDERED.**

**Date: October 22, 2020**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**