

December 3, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
United States Courthouse
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312

    Re: ***Leramont LLC v. Gary Tatintsian Gallery, et. al.***, Case No. 20 Civ. 2435 (MKV)

Dear Judge Vyskocil:

    This firm represents Defendants in the above-referenced matter, and we submit this letter jointly with Michael Goldman of Lydecker Diaz, attorneys for Plaintiff. We write pursuant to your Honor's text Order on October 22, 2020 (Dk. 19) to update the Court on our progress. The parties have recently reached an agreement in principle that would resolve all issues between them, which is subject only to memorialization. We ask the Court for a stay of all deadlines until January 4, 2020, while the parties document their settlement, which would culminate in a dismissal with prejudice.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/R. Zachary Gelber | /s/Michael Goldman |
| R. Zachary Gelber | Michael Goldman |
| Gelber & Santillo PLLC | Lydecker & Diaz |
| 347 W. 36th St., Suite 805 | 200 Broadhollow Road, Suite 207 |
| New York, NY 10018 | Melville, NY 11747 |
| 212-227-4743 | 631-260-1110 |
| zgelber@gelbersantillo.com | mgoldman@lydeckerdiaz.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |