```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LERAMONT LLC,

                Plaintiff,

-against-

GARY TATINTSIAN GALLERY, INC. et al.,

                Defendants.

1:20-cv-2435 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a joint letter from the parties informing the Court that they have reached a settlement in principle [ECF #28]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by January 4, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: December 3, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**